PHILLIP A. TALBERT
United States Attorney
MEGAN A. S. RICHARDS
Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
  UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>TOMMIE S. MINARD,<br><br>                  Defendant. | Citation No. 1:16-po-00437-SAB<br><br>MOTION AND ORDER FOR DISMISSAL |

    The United States of America, by and through Phillip A. Talbert, United States Attorney, and Megan A. S. Richards, Assistant United States Attorney, hereby moves to dismiss Case No. 1:16-po-00437-SAB against TOMMIE S. MINARD, with prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED:  December 5, 2016                    Respectfully submitted,

                                            PHILLIP A. TALBERT
                                            United States Attorney

                               By:     /s/ Megan A. S. Richards
                                            MEGAN A. S. RICHARDS
                                            Assistant U.S. Attorney

1

# O R D E R

IT IS HEREBY ORDERED that Case Number 1:16-po-00437-SAB against TOMMIE S. MINARD be dismissed with prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **December 6, 2016**

UNITED STATES MAGISTRATE JUDGE